JAMES B. HICKS, SBN 109117
GARY W. PARK, SBN 173390
MATTHEW D. MORAN, SBN 197075
HICKS | PARK LLP
824 Wilshire Boulevard, Suite 300
Los Angeles, CA  90017
Telephone: (213) 612-0007
Facsimile: (213) 612-037
Email: jhicks@hicksparklaw.com
Email: gpark@hicksparklaw.com
Email: mmoran@hicksparklaw.com

Attorneys for Plaintiff
ING Bank, fsb

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ING BANK, fsb,<br><br>          Plaintiff,<br><br>     vs.<br><br>RAYMOND S. SIMMONS, an individual; MICHAEL HUTCHINSON, an individual; CONTEMPO HOMES, INC., a California corporation,<br><br>          Defendants. | Case No. 2:09-cv-05240-JHN-RCx<br><br>**DEFAULT JUDGMENT BY COURT AGAINST DEFENDANT CONTEMPO HOMES, INC.**<br><br>Date:              February 22, 2010<br>Time:              9:30 a.m.<br>Courtroom:     1600<br><br>Action Filed:    July 17, 2009 |

| | |
|---|---|
| 1 | Upon the default of defendant Contempo Homes, Inc. on plaintiff ING Bank, |
| 2 | fsb's Complaint in the above-captioned action, as entered by the Clerk of this |
| 3 | Court on January 14, 2010, and for good cause shown: |
| 4 | **JUDGMENT IS ENTERED BY THE COURT AS FOLLOWS:** |
| 5 | Judgment is for plaintiff ING Bank, fsb ("Plaintiff"), and against defendant |
| 6 | Contempo Homes, Inc. ("Defendant"). *Defendant is jointly and severally liable for* |
| 7 | *the following amounts with co-defendants Raymond Simmons and Michael* |
| 8 | *Hutchinson.* |
| 9 | **Amount** |
| 10 | A.     On Plaintiff's First Cause of Action for Breach of Contract, Plaintiff |
| 11 | is awarded $6,618,074.41 in damages against Defendant, which includes: |
| 12 | 1.     Loan principal in the amount of $6,120,507.61. |
| 13 | 2.     Accrued and unpaid interest through January 26, 2009 in the |
| 14 | amount of $475,614.78. |
| 15 | 3.     Contractual late charges through January 26, 2009 in the |
| 16 | amount of $21,952.02; |
| 17 | B.     Plaintiff is further awarded its recoverable costs against Defendant in |
| 18 | an amount to be determined upon Plaintiff's timely filing of a Bill of Costs with |
| 19 | the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1); and |
| 20 | C.     Plaintiff is also awarded its attorney's fees against Defendant in the |
| 21 | amount of $130,361.48, pursuant to Local Rule 55-3. |
| 22 | DATED:  February 16, 2010 |
| 23 | |
| 24 | _____<br>U~~~~~~~~~~~~~~~~~~~~~~dge |

[PROPOSED] DEFAULT JUDGMENT BY COURT
AGAINST DEFENDANT CONTEMPO HOMES, INC.